## 2959.  WILLIAMS *v.* THE STATE.

HILL, C. J.  No error of law is complained of, and the evidence supports
the verdict.                                          *Judgment affirmed.*
DECIDED NOVEMBER 29, 1910.

Accusation of sale of liquor; from city court of Macon—Judge
Hodges.  October 1, 1910.

*W. D. McNeil,* for plaintiff in error.

*W. J. Grace, solicitor-general,* contra.

---

## 2971.  SHEPARD *v.* THE STATE.

HILL, C. J.  No error of law appears, and the verdict is supported by the
evidence.                                          *Judgment affirmed.*
DECIDED NOVEMBER 29, 1910.

Indictment for sale of liquor; from Terrell superior court—
Judge Worrill.  September 17, 1910.

*M. C. Edwards, H. A. Wilkinson,* for plaintiff in error.

*J. A. Laing, solicitor-general, R. R. Arnold,* contra.